**DISMISS; and Opinion Filed July 30, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01587-CV

**GLENN GLASS, Appellant**
**V.**
**NOBLE CAPITAL SERVICING, LLC, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-05763-D**

## MEMORANDUM OPINION

Before Justices Bridges, Lang, and Schenck
Opinion by Justice Schenck

The clerk's record in this case is overdue. By letter dated February 27, 2015, we informed appellant that the Dallas County Clerk had notified the Court that the clerk's record had not been filed because appellant had not paid for or made arrangements to pay for the clerk's record. We directed appellant to file written verification he had paid for or made arrangements to pay for the clerk's record or that he had been found entitled to proceed without payment of costs. We cautioned appellant that if he did not file the required documentation within ten days, we might dismiss the appeal without further notice. To date, the clerk's record has not been filed, appellant has not filed the required verification, nor has appellant corresponded with the Court regarding the status of the clerk's record.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 37.3(b); 42.3(b),(c).


        /David J. Schenck/
        DAVID J. SCHENCK
        JUSTICE

141587F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

GLENN GLASS, Appellant

No. 05-14-01587-CV      V.

NOBLE CAPITAL SERVICING, LLC,
Appellee

On Appeal from the County Court at Law
No. 4, Dallas County, Texas
Trial Court Cause No. CC-14-05763-D.
Opinion delivered by Justice Schenck.
Justices Bridges and Lang participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee NOBLE CAPITAL SERVICING, LLC recover its costs of this appeal from appellant GLENN GLASS.

Judgment entered this 30th day of July, 2015.